

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Christopher Wayne Wilder, Appellant

No. 06-15-00091-CR          v.

The State of Texas, Appellee

Appeal from the 276th District Court of Marion County, Texas (Tr. Ct. No. F14492). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the $350.00 assessment of attorney fees for the services of appointed counsel incurred during the revocation proceeding. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Christopher Wayne Wilder, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 22, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk